ACCEPTED
N/A
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/14/2015 3:13:30 PM
CHRISTOPHER PRINI
CLERK

Cause No. 01-15-00064-CV

| | | |
|---|---|---|
| DAVID THOMPSON, Individually and | § | IN THE FIRST DISTRICT |
| as Next Friend of BRYSON TOLER, | § | |
| a Minor, | § | |
| | § | |
| Appellants, | § | |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| CHARLES NEIGHBOR and | § | |
| CHARLES FRIEND | § | |
| | § | |
| Appellees. | § | HOUSTON, TEXAS |

RECEIVED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/14/2015 3:13:30 PM
CHRISTOPHER A. PRINE
Clerk

On appeal from the 334th District Court of Harris County, Texas

## PLAINTIFFS' MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

TO THE HONORABLE FIRST COURT OF APPEALS:

DAVID THOMPSON, Individually and as Next Friend of BRYSON TOLER, a Minor, Appellants here and Plaintiffs below, move this Court to extend time to file their notice of appeal pursuant to Texas Rule of Appellate Procedure 26.3, and in support hereof would respectfully show as follows:

1.      On October 3, 2014, the 334th District Court of Harris County, Texas, signed a final judgment in Cause No. 2011-16031, *DAVID THOMPSON, Individually and as Next Friend of BRYSON TOLER, a Minor, Plaintiffs v. CHARLES NEIGHBOR and CHARLES FRIEND, Defendants*.

2.      Appellants timely filed a Motion for New Trial on October 31, 2014. Appellants' Notice of Appeal was originally due to be filed in the trial court on January 1, 2015.

3.      Appellants filed in the trial court their Notice of Appeal on January 14, 2015, which was within fifteen (15) days of the date the notice was originally due to be filed. A copy of that notice is attached to this motion.

4.     The Notice of Appeal was not timely filed because of a miscalculation of the appellate deadlines under the Texas Rules of Appellate Procedure and difficulty communicating with the client during the holidays. Appellants' failure to timely file the notice of appeal was not deliberate or intentional, but was the result of inadvertence, mistake, or mischance.

5.     As shown by the attached certificate of conference, H. Emerson Grogro, attorney for Appellants, conferred with counsel for Appellee CHARLES FARMER and Appellee does not oppose this motion to extend time.

WHEREFORE, DAVID THOMPSON, Individually and as Next Friend of BRYSON TOLER, a Minor, Appellants, respectfully pray that this Court grant them an extension of time to file a notice of appeal under Rule of Appellate Procedure 26.3, and for such other and further relief to which they are justly entitled.

Respectfully submitted,

BANNWART & ASSOCIATES, P.C.

By: _____
ANTHONY L. BANNWART
State Bar No.: 00792344
H. EMERSON GROGRO
State Bar No. 24087634
7322 Southwest Frwy., Ste. 1510
Houston, Texas 77074
Tel:     (713) 807-0020
Fax:    (713) 807-0040
anthony@bannwartlawfirm.com
emerson.grogro@bannwartlawfirm.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Mr. R. J. Blue, attorney of record for Defendant CHARLES FARMER via telephone on January 14, 2015 about this motion and that Defendant is unopposed to this Motion to Extend Time to File Notice of Appeal.

BANNWART & ASSOCIATES, P.C.

By: _____
H. EMERSON GROGRO

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Plaintiffs' Motion to Extend Time to File Notice of Appeal has this day been sent via electronic filing and/or facsimile to Mr. R. J. Blue, attorney of record for Defendant CHARLES FARMER, at Soulé, Baldwin & Fanaff, 11200 Richmond, Suite 250, Houston, Texas 77082, (281) 752-6329 (fax).

SIGNED this 14th day of January, 2015.

BANNWART & ASSOCIATES, P.C.

By: _____

H. EMERSON GROGRO

ATTORNEYS FOR PLAINTIFFS

4

Cause No. 2011-16031

| | | |
|---|---|---|
| DAVID THOMPSON, Individually and as Next Friend of BRYSON TOLER, a Minor, | § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| CHARLES NEIGHBOR and CHARLES FRIEND | § § § § | |
| Defendants. | § | 334TH JUDICIAL DISTRICT |

## PLAINTIFFS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff DAVID THOMPSON, Individually and as Next Friend of BRYSON TOLER, a Minor, pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure, and file this Notice of Appeal, and in support hereof would respectfully show as follows:

1. Plaintiff DAVID THOMPSON, Individually and as Next Friend of BRYSON TOLER, a Minor, desires to appeal from the final judgment signed by this Court on October 3, 2014.

2. Plaintiff DAVID THOMPSON, Individually and as Next Friend of BRYSON TOLER, a Minor, appeals to either the First or the Fourteenth Court of Appeals.

Respectfully submitted,

BANNWART & ASSOCIATES, P.C.

By: _____
ANTHONY L. BANNWART
State Bar No.: 00792344
H. EMERSON GROGRO
State Bar No. 24087634
7322 Southwest Frwy., Ste. 1510
Houston, Texas 77074
Tel:   (713) 807-0020
Fax:   (713) 807-0040
anthony@bannwartlawfirm.com
emerson.grogro@bannwartlawfirm.com

ATTORNEYS FOR PLAINTIFFS

2

## LOCAL RULE NOTICE OF AND ASSIGNMENT OF RELATED CASE IN APPEALS

As required by the Local Rules Relating to the Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

<u>  X  </u>   None

_____   Caption:               _____

Trial Court
case number:                     _____

Appellate court
case number:                     _____

SIGNED this 14th day of January, 2015.

BANNWART & ASSOCIATES, P.C.

By: _____

H. EMERSON GROGRO

ATTORNEYS FOR PLAINTIFFS

3

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Plaintiffs' Notice of Appeal has this day been sent via electronic filing and/or facsimile to Mr. R. J. Blue, attorney of record for Defendant CHARLES FARMER, at Soulé, Baldwin & Fanaff, 11200 Richmond, Suite 250, Houston, Texas 77082, (281) 752-6329 (fax).

SIGNED this 14th day of January, 2015.

BANNWART & ASSOCIATES, P.C.

By: _____

H. EMERSON GROGRO

ATTORNEYS FOR PLAINTIFFS

4